173 F.3d 420
 John Chan, Sandra Lynn Chan, Parents and Natural Guardians
of Josh Wah Chan, Kara Lynn Chan, Eric Wah Chan,
Kala Lynn Chan
v.
U.S., Brett S. Millar, Douglas K. Miller, John Piasecki,
Kevin Boyle, C. Robert Tate, Manuel Gonzalez,
William Strauss, Peter Truksis, Michael
Botta, Megan Booth, Robert
Marcelli, William Perry
 NO. 98-3179
 United States Court of Appeals,
Third Circuit.
 December 23, 1998
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 Affirmed.